**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLORADO**
**Honorable Howard R. Tallman**

| | |
|---|---|
| **In re:** | |
| **ALI ANVARI MAJD,** | **Case No. 12-15764 HRT** |
| | **Chapter 7** |
| **Debtor.** | |
| **JEFFREY A. WEINMAN, Chapter 7 Trustee,** | **Adversary No. 13-1508 HRT** |
| **Plaintiff,** | |
| **v.** | |
| **ALI ANVARI MAJD,** | |
| **Defendant.** | |

## JUDGMENT

This case comes before the Court on Plaintiff's motion for default judgment.

The issues have been determined and a decision has been rendered. In accordance with the Order issued by this Court concurrently herewith,

IT IS ORDERED AND ADJUDGED that Judgment is entered in favor of Plaintiff Jeffrey A. Weinman, Chapter 7 Trustee and against Defendant Ali Anvari Majd denying the Debtor his discharge pursuant to 11 U.S.C. § 727(a)(6).

Dated this 9th day of December, 2013.

FOR THE COURT:

Kelley J. Sweeney, Acting Clerk

By: /s/ Tom Lane
Deputy

APPROVED AND ACCEPTED:

By: Howard Tallman